IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-2646 |
| | § | |
| PATRICIA A. WATERS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The government filed a motion for leave to file a brief in excess of 25 pages in support of its motion for summary judgment. (Docket Entry No. 24). The deadline to file the brief is extended to October 24, 2014. The court sets a hearing on the motion to file a longer brief for **October 20, 2014 at 4:00 p.m.**

SIGNED on October 16, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge